## SPICER v. SPECTOR FREIGHT

No. 110 PC

Case below: 49 NC App 203

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 January 1981.

## STATE v. ALEXANDER

No. 118 PC

Case below: 49 NC App 203

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 January 1981.

## STATE v. BAGBY

No. 101 PC

Case below: 48 NC App 222

Petition by defendant for further review denied 27 January 1981.

## STATE v. BAILEY

No. 158 PC

Case below: 49 NC App 377

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1981.

## STATE v. BROOKS

No. 116 PC

Case below: 49 NC App 14

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1981.